JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STANCZAK and ROSE CREPS, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>KIA MOTORS AMERICA, INC. and Does 1 through 10, inclusive,<br><br>          Defendants. | Case No. 8:17-cv-01365-JLS-JDE<br><br>The Honorable Judge Josephine L. Staton<br><br><u>CLASS ACTION</u><br><br>**ORDER CONSOLIDATING CASES AND SETTING DEADLINE FOR FILING OF CONSOLIDATED COMPLAINT** |
| CARA CENTKO and JENN LAZAR, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>KIA MOTORS AMERICA, INC. and Does 1 through 10, inclusive,<br><br>          Defendants. | Case No. 8:17-cv-00838-JLS-JDE<br><br>The Honorable Judge Josephine L. Staton<br><br><u>CLASS ACTION</u> |

Having read and considered the joint stipulation of the parties requesting consolidation of the above captioned proceedings for all purposes and for good cause appearing, IT IS HEREBY ORDERED:

1. Pursuant to Federal Rules of Civil Procedure, Rule 42(a), the above captioned actions are hereby consolidated for all purposes.

2. The master docket and master file for the consolidated actions shall be Case No. 8:17-cv-00838 and the consolidated action shall bear the caption *In re: Kia Engine Litigation*. Case No. 8:17-cv-01365-JLS-JDE is ordered AMINISTRATIVELY CLOSED.

3. The Plaintiffs shall file a consolidated complaint within 60 days of the Court's entry of its order consolidating the Actions for all purposes. Defendant has no obligation to respond to the current *Stanczak* and *Centko* complaints. Accordingly, Plaintiffs in *Centko* shall have no obligation to file an amended complaint on October 5

Dated:  October 02, 2017

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1